## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHARLES GLIDEWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| 1. CSAA GENERAL INSURANCE COMPANY D/B/A AAA FIRE & CASUALTY INSURANCE COMPANY, a foreign for-profit Insurance Corporation. | ) ) ) ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Charles Glidewell, files this Dismissal With Prejudice because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**